**No. 10-10983. Michael Burt, Petitioner v. United States.**

565 U.S. 1075, 132 S. Ct. 803, 181 L. Ed. 2d 514, 2011 U.S. LEXIS 8328.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 860, 132 S. Ct. 198, 181 L. Ed. 2d 104, 2011 U.S. LEXIS 6528.